```
1  DENNIS S. WAKS, #142581
   Acting Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  TRENT JERMAINE PRESLIE
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,       )   NO. 1:05-cr-00397 AWI
                                   )
12           Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE HEARING; AND ORDER
13      v.                          )   THEREON
                                   )
14 TRENT JERMAINE PRESLIE,         )   Date:  February 21, 2006
                                   )   Time:  9:00 A.M.
15           Defendant.             )   Judge: Hon. Anthony W. Ishii
                                   )
16 _____  )
17
```

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for January 30, 2006, **may be continued to February 21, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

|   |   |   |
|---|---|---|
| 4 |  | McGREGOR M. SCOTT<br>United States Attorney |
| 6 | DATED: January 19, 2006 | By /s/ Melody M. Walcott with consent of<br>   Stanley A. Boone<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 9 |  | DENNIS S. WAKS<br>Acting Federal Defender |
| 11 | DATED: January 19, 2006 | By /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>TRENT JERMAINE PRESLIE |

15                                                    **ORDER**

16    IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
17  3161(h)(8)(B)(i) and (iv).

19  IT IS SO ORDERED.

20  **Dated:   January 20, 2006**              /s/ Anthony W. Ishii
    0m8i78                              UNITED STATES DISTRICT JUDGE